**727OBJ, DEFER, DISPOAP, CASE_CLOSED, APPEAL**

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Adversary Proceeding #: 24−00110−amc

| | |
|---|---|
| *Assigned to:* Chief Judge Ashely M. Chan | *Date Filed:* 09/03/24 |
| *Lead BK Case:* 23−13746 | *Date Terminated:* 02/06/25 |
| *Lead BK Title:* Bart Levy | |
| *Lead BK Chapter:* 7 | |
| *Demand:* | |

   *Nature[s] of Suit:*   41 Objection / revocation of discharge − 727(c),(d),(e)

**Plaintiff**
−−−−−−−−−−−−−−−−−−−−−−−

**Andrew R. Vara,** *United States Trustee*
United States Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

represented by **JOHN HENRY SCHANNE**
DOJ−Ust
Office of The United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
202−934−4154
Email: John.Schanne@usdoj.gov
*LEAD ATTORNEY*

V.

**Defendant**
−−−−−−−−−−−−−−−−−−−−−−−

**Bart Levy**
189 Barren Hill Road
Conshohocken, PA 19428
SSN / ITIN: xxx−xx−8199

represented by **JONATHAN H. STANWOOD**
Law Office − Jonathan H. Stanwood,
LLC
1 Penn Center
1617 J.F.K. Blvd
Suite 1560
Philadelphia, PA 19103
215−569−1040
Email: jhs@stanwoodlaw.com
*LEAD ATTORNEY*

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 09/03/2024 | | 1 | Adversary case 24−00110. Complaint by JOHN HENRY SCHANNE on behalf of United States Trustee against Bart Levy. Receipt Number DEFER, Fee Amount $350 . (41 (Objection / revocation of discharge − 727(c),(d),(e))) (SCHANNE, JOHN) (Entered: 09/03/2024) |
| 09/04/2024 | | 2 | 1 Summons Issued to Plaintiff(s) to be served upon Defendant(s) Bart Levy Date Issued 9/4/2024, Answer Due 10/4/2024. (W., Christine) (Entered: 09/04/2024) |

1

| | | | |
|---|---|---|---|
| 09/04/2024 | | 3 | Certificate of Service *re Summons and Complaint* Filed by JOHN HENRY SCHANNE on behalf of Andrew R. Vara (related document(s)2, 1). (SCHANNE, JOHN) (Entered: 09/04/2024) |
| 10/07/2024 | | 4 | Plaintiff's Request for Entry of Default for want of answer against Defendant Bart Levy Filed by JOHN HENRY SCHANNE on behalf of Andrew R. Vara. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Service List) (SCHANNE, JOHN) **Modified on 10/8/2024 to correct text to match PDF document.** (S., Antoinette). (Entered: 10/07/2024) |
| 10/08/2024 | | 5 | Default Entered Against Defendant Bart Levy . (S., Antoinette) (Entered: 10/08/2024) |
| 10/08/2024 | | 6 | Motion for Default Judgment Filed by Andrew R. Vara Represented by JOHN HENRY SCHANNE (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Service List) (SCHANNE, JOHN) (Entered: 10/08/2024) |
| 10/08/2024 | | 7 | Notice of (related document(s): 6 Motion for Default Judgment ) Filed by Andrew R. Vara. Hearing scheduled 10/30/2024 at 12:30 PM at Courtroom #4. (SCHANNE, JOHN) (Entered: 10/08/2024) |
| 10/09/2024 | | 8 | Answer to Complaint Filed by Bart Levy. (Attachments: # 1 Exhibit)(STANWOOD, JONATHAN) (Entered: 10/09/2024) |
| 10/10/2024 | | 9 | **INCORRECT ENTRY**Answer to Complaint Filed by Bart Levy. (STANWOOD, JONATHAN) Modified on 10/11/2024 (S., Antoinette). (Entered: 10/10/2024) |
| 10/10/2024 | | 10 | **CORRECT ENTRY**Certificate of Service Filed by JONATHAN H. STANWOOD on behalf of Bart Levy (related document(s)8). (S., Antoinette) (Entered: 10/11/2024) |
| 10/16/2024 | | 11 | Hearing Continued (time only) on 6 Motion for Default Judgment Filed by Andrew R. Vara. Hearing scheduled 10/30/2024 at 11:00 AM at Courtroom #4. (B., Pamela) (Entered: 10/16/2024) |
| 10/30/2024 | | 12 | Hearing Held on 6 Motion for Default Judgment Filed by Andrew R. Vara. Order entered. (B., Pamela) (Entered: 10/31/2024) |
| 11/01/2024 | | 13 | Order: It is hereby ORDERED that the relief requested by the Plaintiff, the United States Trustee, in his Complaint is GRANTED and judgment by default is entered against the Defendant. It is further ORDERED that the Defendant, Bart Levy, IS DENIED a discharge from his debts pursuant to 11 U.S.C. § 727(a). (Related Doc # 6) (S., Antoinette) (Entered: 11/01/2024) |
| 11/01/2024 | | | Judgment Entered Against: Defendant and In Favor of: Plaintiff as Ordered by Judge: Ashely M. Chan. (related document(s)13). (S., Antoinette) (Entered: 11/01/2024) |
| 11/01/2024 | | 14 | Certificate of Service *of the Order granting the United States trustee's Motion for Default Judgment* Filed by JOHN HENRY SCHANNE on behalf of Andrew R. Vara (related document(s)13). (SCHANNE, JOHN) (Entered: 11/01/2024) |
| 11/03/2024 | | 15 | BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 13)). No. of Notices: 2. Notice Date 11/03/2024. (Admin.) |

| | | | |
|---|---|---|---|
| | | | (Entered: 11/03/2024) |
| 11/04/2024 | | | Disposition of Adversary 2:24–ap–110 JUDGMENT ENTERED. (S., Antoinette) (Entered: 11/04/2024) |
| 11/12/2024 | | 16 | Motion to Vacate *Entry of Default Judgment* Filed by Bart Levy Represented by JONATHAN H. STANWOOD (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Exhibit # 4 Service List) (STANWOOD, JONATHAN) (Entered: 11/12/2024) |
| 11/12/2024 | | 17 | Notice of (related document(s): 16 Motion to Vacate *Entry of Default Judgment*) Filed by Bart Levy. Hearing scheduled 12/4/2024 at 12:30 PM at Courtroom #4. (STANWOOD, JONATHAN) (Entered: 11/12/2024) |
| 11/25/2024 | | 18 | Objection to Motion to Vacate filed by Defendant Bart Levy Filed by Andrew R. Vara (related document(s)16). (Attachments: # 1 Exhibit Exhibit A) (SCHANNE, JOHN) (Entered: 11/25/2024) |
| 11/25/2024 | | 19 | Certificate of Service *to the Objection of the US Trustee to Motion to Vacate Entry of Default Judgment* Filed by JOHN HENRY SCHANNE on behalf of Andrew R. Vara (related document(s)18). (SCHANNE, JOHN) (Entered: 11/25/2024) |
| 12/04/2024 | | 20 | Hearing Continued on 16 Motion to Vacate Filed by Bart Levy. Hearing scheduled 01/15/2025 at 12:30 PM at Courtroom #4. (B., Pamela) (Entered: 12/05/2024) |
| 01/15/2025 | | 21 | Hearing Continued on 16 Motion to Vacate Filed by Bart Levy. Hearing scheduled 01/29/2025 at 12:30 PM at Courtroom #4. (B., Pamela) (Entered: 01/16/2025) |
| 01/29/2025 | | 22 | Hearing Continued on 16 Motion to Vacate Filed by Bart Levy. Hearing scheduled 02/05/2025 at 12:30 PM at Courtroom #4. (B., Pamela) (Entered: 01/29/2025) |
| 02/05/2025 | | 23 | Hearing Held on 16 Motion to Vacate Filed by Bart Levy. Order entered denying motion. (B., Pamela) (Entered: 02/06/2025) |
| 02/06/2025 | | 24 | Order Denying Motion To Vacate for reasons stated on the record. (Related Doc # 16) (S., Antoinette) (Entered: 02/06/2025) |
| 02/06/2025 | | | Adversary Case 2:24–ap–110 Terminated for Statistical Purposes. (S., Antoinette) (Entered: 02/06/2025) |
| 02/08/2025 | | 25 | BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 24)). No. of Notices: 3. Notice Date 02/08/2025. (Admin.) (Entered: 02/09/2025) |
| 02/20/2025 | | 26 | Notice of Appeal to District Court. . Fee Amount $298.00 Filed by Bart Levy (related document(s)24). Appellant Designation due by 03/6/2025. Transmission of record on appeal to District Court Due Date: 03/20/2025. (Attachments: # 1 Exhibit Order Entered)(STANWOOD, JONATHAN) (Entered: 02/20/2025) |
| 02/20/2025 | | | Receipt of Notice of Appeal( 24–00110–amc) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A26474545. Fee Amount $ 298.00. (re: Doc# 26) (U.S. Treasury) (Entered: 02/20/2025) |

| | | | |
|---|---|---|---|
| 02/21/2025 | | <u>27</u> | Courts Certificate of Service Re: Notice of Appeal filed by Defendant Bart Levy. The following Party(s) have been notified: Case Judge – via email Case Trustee – via CM/ECF Debtors Counsel – via CM/ECF Office of the U.S. Trustee – via CM/ECF U.S. District Court – via email James Gannone; Andrew R. Vara, Esquire, U.S. Trustee; Jonathan Stanwood, Esquire, Counsel for Debtor/Defendant; Robert Seitzer, Esquire; John Henry Schanne, Esquire – via Email/CMECF (related document(s)<u>26</u>). (S., Antoinette) (Entered: 02/21/2025) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re                                          :    Chapter 7

     Bart Levy                              :

         Debtor                     :    No. 23-13746-amc

_____

ANDREW R. VARA,                             :
UNITED STATES TRUSTEE,                      :    Adversary No.: 24-110-AMC
         Plaintiff             :
                                            :
                                            :
      v.                             :
                                            :
                                            :
BART LEVY,                                  :
         Defendant            :
                                            :

_____

**ORDER**

UPON CONSIDERATION of the Debtor-Defendant's Motion Pursuant to 11 U.S.C. §

105, Fed. R. Bankr. P. 7055 and 9024, and Fed. R. Civ. P. 60 to Set Aside Default and Vacate

Default Judgment and any response thereto and after a hearing, it is hereby ORDERED

that the Motion is **DENIED** for the reasons stated on the record.

By the Court:

**Date: February 6, 2025**

_____

Ashely M. Chan
Chief U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :      Chapter 7

      Bart Levy                           :

             Debtor              :      Bky. No. 23-13746-AMC

_____

      Andrew R., Vara,                    :      Adversary No. 24-110-AMC
      United States Trustee               :
             Plaintiff           :
                           :
        vs.                              :
                           :
      Bart Levy,                          :
             Defendant           :

## NOTICE OF APPEAL

Bart Levy, Defendant, appeals under 28 U.S.C. § 158(a) or (b) from the attached

order of the bankruptcy court, entered in this adversary proceeding on the 6th day of February,

2025.

The names of all parties to the judgment, order, or decree appealed from and the

names, addresses, and telephone numbers of their respective attorneys are as follows:

Bart Levy                                    Honorable Ashely M. Chan
c/o Jonathan H. Stanwood, Esq.               Robert N.C. Nix Sr. Federal Courthouse
1617 JFK Blvd, Suite 1560                    900 Market Street, Suite 204
Philadelphia, Pa 19103                       Philadelphia, PA 19107
(215) 569-1040                               (215) 408-2830

*Defendant & Appellant*                      *United States Bankruptcy Court Judge*

United States Trustee                        Robert W. Seitzer, Esq.
John Schanne, Esq.                           1900 Spruce Street
900 Market Street, Suite 320                 Philadelphia, PA 19103
Philadelphia, Pa 19107

                                        *Chapter 7 Trustee*

*Plaintiff*

*Respectfully submitted,*

By:

/s/ Jonathan H. Stanwood
Jonathan H. Stanwood, Esq.
Attorney for Appellant
1617 J.F.K. Blvd, Suite 1560
Philadelphia, Pa 19103
(215) 569-1040
JHS@STANWOODLAW.COM
Dated: February 20, 2025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Re | : | Chapter 7 |
| Bart Levy | : | |
| Debtor | : | No. 23-13746-amc |

_____

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE, | : | Adversary No.: 24-110-AMC |
| Plaintiff | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BART LEVY, | : | |
| Defendant | : | |
| | : | |

_____

### ORDER

UPON CONSIDERATION of the Debtor-Defendant's Motion Pursuant to 11 U.S.C. §

105, Fed. R. Bankr. P. 7055 and 9024, and Fed. R. Civ. P. 60 to Set Aside Default and Vacate

Default Judgment and any response thereto and after a hearing, it is hereby ORDERED

that the Motion is **DENIED** for the reasons stated on the record.

By the Court:

**Date: February 6, 2025**

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

8

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| Bart Levy | : | |
| Debtor | : | Bky. No. 23-13746-AMC |

---

| | | |
|---|---|---|
| Andrew R., Vara, | : | Adversary No. 24-110-AMC |
| United States Trustee | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Bart Levy, | : | |
| Defendant | : | |

## NOTICE OF APPEAL

Bart Levy, Defendant, appeals under 28 U.S.C. § 158(a) or (b) from the attached

order of the bankruptcy court, entered in this adversary proceeding on the 6th day of February,

2025.

The names of all parties to the judgment, order, or decree appealed from and the

names, addresses, and telephone numbers of their respective attorneys are as follows:

Bart Levy
c/o Jonathan H. Stanwood, Esq.
1617 JFK Blvd, Suite 1560
Philadelphia, Pa 19103
(215) 569-1040

*Defendant & Appellant*

United States Trustee
John Schanne, Esq.
900 Market Street, Suite 320
Philadelphia, Pa 19107

*Plaintiff*

Honorable Ashely M. Chan
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 204
Philadelphia, PA 19107
(215) 408-2830

*United States Bankruptcy Court Judge*

Robert W. Seitzer, Esq.
1900 Spruce Street
Philadelphia, PA 19103

*Chapter 7 Trustee*

*Respectfully submitted,*

By:

/s/ Jonathan H. Stanwood
Jonathan H. Stanwood, Esq.
Attorney for Appellant
1617 J.F.K. Blvd, Suite 1560
Philadelphia, Pa 19103
(215) 569-1040
JHS@STANWOODLAW.COM
Dated: February 20, 2025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Re | : | Chapter 7 |
|     Bart Levy | : | |
|         Debtor | : | No. 23-13746-amc |

_____

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE, | : | Adversary No.: 24-110-AMC |
|     Plaintiff | : | |
| | : | |
| | : | |
|      v. | : | |
| | : | |
| | : | |
| | : | |
| BART LEVY, | : | |
|     Defendant | : | |
| | : | |

_____

**ORDER**

UPON CONSIDERATION of the Debtor-Defendant's Motion Pursuant to 11 U.S.C. § 105, Fed. R. Bankr. P. 7055 and 9024, and Fed. R. Civ. P. 60 to Set Aside Default and Vacate Default Judgment and any response thereto and after a hearing, it is hereby ORDERED

that the Motion is **DENIED** for the reasons stated on the record.

By the Court:

**Date: February 6, 2025**

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

11

*Form 256* (3/23)–doc 27 – 26

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Bart Levy | ) | Case No. 23–13746–amc |
| Debtor(s) | ) | Chapter 7 |
| | ) | |
| Andrew R. Vara | ) | |
| Plaintiff | ) | |
| | ) | Adversary No. 24–00110–amc |
| v. | ) | |
| | ) | |
| Bart Levy | ) | |
| Defendant | ) | |

## Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [26] Notice of Appeal as served on February 21, 2025 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Chief Judge Ashely M. Chan | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: | CM/ECF |
| U.S. District Court | Email |
| Debtor: | Regular mail through the BNC |
| Debtor's Attorney: | CM/ECF |

| | |
|---|---|
| Other Parties: | Email or CM/ECF |
| James Gannone | |
| Andrew R. Vara, Esquire, U.S. Trustee, Plaintiff | |
| Jonathan Stanwood, Esquire, Counsel for Debtor/Defendant | |
| Robert Seitzer, Esquire | |
| John Henry Schanne, Esquire | |

Date: February 21, 2025

For The Court

Timothy B. McGrath
Clerk of Court