## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ANDREW R. VARA                                       Civil Action No: 25-953

## N O T I C E

The record on appeal from the Bankruptcy Court in the above captioned case was entered on the docket in this office on 3/20/2025 has been assigned to the Honorable Mia Roberts Perez.

The following is the schedule for filing briefs with this office:

(1) The Appellant shall serve and file his brief within 30 days after entry of the record on appeal.

(2) The Appellee shall serve and file his brief within 30 days after service of the brief of the Appellant.

(3) The Appellant may serve and file a reply brief within 14 days after service of the brief of the Appellee.

**GEORGE WYLESOL**
Clerk of Court

By: s/ Amanda Frazier
        Amanda Frazier, Deputy Clerk

civ651.frm
(06/2016)